IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Regina M. Hunter, | ) | C/A No.: 3:15-547-MGL-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| The Honorable Nikki R. Haley, | ) | |
| Governor, State of South Carolina | ) | |
| Government; Mr. Gary A. Mixon, | ) | |
| Administrator, Sumter County South | ) | |
| Carolina Government; Mrs. Naomi D. | ) | |
| Sanders, Chairman, D-1, Sumter County | ) | |
| South Carolina Government; Mr. Larry | ) | |
| Blanding, Former Chair, Sumter County | ) | |
| South Carolina Government; Mr. Artie | ) | |
| Baker, Council Member, D-2, Sumter | ) | |
| County South Carolina Government; Mr. | ) | |
| James R. Byrd, Jr., Council Member, | ) | |
| D-3, Sumter County South Carolina | ) | |
| Government; Mr. Charles T. Eden, | ) | ORDER |
| Council Member, D-4, Sumter County | ) | |
| South Carolina Government; Mrs. | ) | |
| Vivian Fleming-McGhaney, Council | ) | |
| Mbr. D-5, Sumter County South | ) | |
| Carolina Government; Mr. James T. | ) | |
| McCain, Jr., Council Member, D-6, | ) | |
| Sumter County South Carolina | ) | |
| Government; Mr. Eugene Baten, Council | ) | |
| Member, D-7, Sumter County South | ) | |
| Carolina Government; The Honorable | ) | |
| Jean Hoefer Toal, Chief Justice, South | ) | |
| Carolina Judicial Dept. (SCJD), | ) | |
| Supreme Court; The Honorable Costa | ) | |
| M. Pleicones, Justice, South Carolina | ) | |
| Judicial Dept. (SCJD), Supreme Court; | ) | |
| The Honorable Donald W Beatty, | ) | |
| Justice, South Carolina Judicial Dept. | ) | |
| (SCJD), Supreme Court; The Honorable | ) | |
| John W Kittredge, Justice, South | ) | |
| Carolina Judicial Dept. (SCJD), | ) | |
| | ) | |

| | |
|---|---|
| Supreme Court; The Honorable Kaye G. Hearn, Justice, South Carolina Judicial Dept. (SCJD), Supreme Court; Mrs. Rosalyn Frierson, Director, Court Admin, South Carolina Judicial Dept. (SCJD), Supreme Court;  The Honorable John C. Few, Chief Judge, South Carolina Court of Appeals (SCJD); The Honorable Thomas E. Huff, Judge, South Carolina Court of Appeals (SCJD); The Honorable Paul E. Short, Jr., Judge, South Carolina Court of Appeals (SCJD); The Honorable H. Bruce Williams, Judge, South Carolina Court of Appeals (SCJD); The Honorable Paula H. Thomas, Judge, South Carolina Court of Appeals (SCJD); The Honorable Aphrodite K. Konduros, Judge, South Carolina Court of Appeals (SCJD); The Honorable John D. Geathers, Judge, South Carolina Court of Appeals (SCJD); The Honorable James E. Lockemy, Judge, South Carolina Court of Appeals (SCJD); The Honorable Stephanie P McDonald,  Judge, South Carolina Court of Appeals (SCJD); The Honorable Jasper Cureton, Associate Judge, South Carolina Court of Appeals (SCJD); The Hon. R. Ferrell Cothran, 3rd Circuit Judge, Sumter County Court of Common Pleas (SCJD); The Hon. George C. Campbell, 3rd Circuit Judge, Sumter County Court of Common Pleas (SCJD); The Hon. W Jeffrey Young, Jr., 3rd Circuit Judge, Sumter County Court of Common Pleas (SCJD); The Hon. James C. Campbell, Clerk of Court, Sumter County Court of Common Pleas (SCJD); The Honorable Donna Griffin, Deputy Clerk, Sumter County Court of Common Pleas (SCJD); Mrs. Sherry Yow, Clerk- | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| Common Pleas, Sumter County Court of | ) |
| Common Pleas (SCJD); Mrs. Barbara | ) |
| Sharper, Clerk-Common Pleas, Sumter | ) |
| County Court of Common Pleas (SCJD); | ) |
| Mr. Joseph Bradley, Sr., Court Bailiff, | ) |
| Sumter County Court of Common Pleas | ) |
| (SCJD); John Doe 01, Court Bailiff Jan. | ) |
| 8, 2013, Sumter County Court of | ) |
| Common Pleas (SCJD); John Doe 02, | ) |
| Court Bailiff, Feb. 5, 2013, Sumter | ) |
| County Court of Common Pleas (SCJD); | ) |
| John Doe 03, Court Bailiff, Feb. 5, 2013, | ) |
| Sumter County Court of Common Pleas | ) |
| (SCJD); John Doe 04, Court Bailiff, | ) |
| June 17, 2013, Sumter County Court of | ) |
| Common Pleas (SCJD); The Honorable | ) |
| Kristi G. Curtis, Chief Magistrate, | ) |
| Sumter County Summary Court (SCJD); | ) |
| The Honorable Dale W. Atkinson, | ) |
| Probate Judge, Sumter County Probate | ) |
| Court (SCJD); The Honorable Betty | ) |
| Brown, Associate Judge, Sumter County | ) |
| Probate Court (SCJD); The Honorable | ) |
| Theresa Duggan, Associate Judge, | ) |
| Sumter County Probate Court (SCJD); | ) |
| Mrs. Yvonne Choice, Clerk, Sumter | ) |
| County Probate Court (SCJD); Mrs. Joy | ) |
| King, Clerk, Sumter County Probate | ) |
| Court (SCJD); Mr. Anthony Dennis, | ) |
| Sheriff, Sumter County Sheriff's Office | ) |
| (SCSO); Mr. Terrance Colclough, | ) |
| Captain, Sumter County Sheriff's Office | ) |
| (SCSO); Mr. Kevin Lindsey, Lieutenant | ) |
| or Sergeant, Sumter County Sheriff's | ) |
| Office (SCSO); Mr. Symeon Graham, | ) |
| Senior Deputy, Sumter County Sheriff's | ) |
| Office (SCSO); Mr. Steven Rulong, | ) |
| Deputy Sheriff, Sumter County Sheriff's | ) |
| Office (SCSO); John Doe 01, | ) |
| Deputy Sheriff, Sumter County Sheriff's | ) |
| Office (SCSO); John Doe 02, Deputy | ) |
| Sheriff, Sumter County Sheriff's Office | ) |
| | ) |

(SCSO); John Doe 03, Deputy Sheriff, )
Sumter County Sheriff's Office (SCSO); )
John Doe 04, Deputy Sheriff, Sumter )
County Sheriff's Office (SCSO); John )
Doe 05, Deputy Sheriff, Sumter County )
Sheriff's Office (SCSO); John Doe 06, )
Deputy Sheriff, Sumter County Sheriff's )
Office (SCSO); John Doe 07, Deputy )
Sheriff, Sumter County Sheriff's Office )
(SCSO); John Doe 08, Deputy Sheriff, )
Sumter County Sheriff's Office (SCSO); )
John Doe 09, Deputy Sheriff, Sumter )
County Sheriff's Office (SCSO); Mr. )
Raymond Buxton, Commissioner, South )
Carolina Human Affairs Commission; )
Mrs. Cheryl Ludlam, 1st Cong. District, )
South Carolina Human Affairs )
Commission; Mrs. Ashley Case, 3rd )
Cong. District, South Carolina Human )
Affairs Commission; Mr. Willie )
Thompson, 4th Cong. District, South )
Carolina Human Affairs Commission; )
Mr. Harold Jean Brown, 7th Cong. )
District, South Carolina Human Affairs )
Commission; Mr. Kenneth Willingham, )
At-Large Member, South Carolina )
Human Affairs Commission; Mr. Joseph )
Fragale, At-Large Member, South )
Carolina Human Affairs Commission; )
Mrs. Alison Y. Evans, Psy.D., Chair, )
South Carolina Dept. of Mental Health )
Commission; Mrs. Beverly F. Cardwell, )
Member, South Carolina Dept. of Mental )
Health Commission; Mrs. Jane B. Jones, )
Member, South Carolina Dept. of Mental )
Health Commission; Mrs. Joan Moore, )
Member, South Carolina Dept. of Mental )
Health Commission; Mr. Everard )
Rutledge, PH.D., Member, South )
Carolina Dept. of Mental Health )
Commission; Mr. James B. Terry, )
Member, South Carolina Dept. of Mental )
                                        )

| | |
|---|---|
| Health Commission; Mrs. Sharon L. Wilson, FACHE, CEAP Member, South Carolina Dept. of Mental Health Commission; Mr. John H. Magill, Director, South Carolina Department of Mental Health; Mr. Mark Binkley, Deputy Director, Admin. Svcs., South Carolina Department of Mental Health; Mrs. Rochelle Caton, Director Client Advocacy, South Carolina Department of Mental Health;  Mr. Richard B. Guess, MEd., Executive Director, Santee-Wateree Community Mental Health Center; Mrs. Marian Dehlinger, MD, Medical Director, Santee-Wateree Community Mental Health Center; Mr. Lynn Melton, Elder Service Program Dir., Santee-Wateree Community Mental Health Center; Mrs. Lanalle Darden, CAF Director, Santee-Wateree Community Mental Health Center; Mr. Jeemy Grate-Pearson, M.Ed., Santee-Wateree Community Mental Health Center; Jane Doe-1, T. Miller, Santee-Wateree Community Mental Health Center; Mr. Michael J. Schwartz, President & CEO, Tuomey Healthcare System; Mr. James Balvich, MD, Tuomey Healthcare System; Mr. Michael Hanna, PA-C, Tuomey Healthcare System; Mrs. Billie Vanburen, RN, Tuomey Healthcare System; Brenda Holmes, RN, Tuomey Healthcare System; Cheryl Madarang, RN, Tuomey Healthcare System; Monica A. Fortin, Interface ED, Tuomey Healthcare System; Robin Beaufort, Tuomey Healthcare System; Jane Doe 1, PAMAF Admissions Clerk, Tuomey Healthcare System; Jane Doe 2, Security Guard, Tuomey Healthcare System; Mr. John Edwards, Former Chair, South | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| Carolina Dept. of Transportation Commission; Mr. Jim Rozier, Chairman 1st Cong. District, South Carolina Dept. of Transportation Commission; Mr. Harrison Rearden, Former Member, South Carolina Dept. of Transportation Commission; Mr. Samuel Glover, 6th Cong. District, South Carolina Dept. of Transportation Commission; Mrs. Janet P. Oakley, SCDOT Secretary, South Carolina Dept. of Transportation Commission; Mr. Leroy Smith, Director SCDPS, South Carolina Department of Public Safety; Mr. Zackary Wise, Chief of Police BPS, South Carolina Department of Public Safety; and Corporal Griffin, BPS Officer, South Carolina Department of Public Safety,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

This is a civil action filed by a pro se litigant. Under Local Civ. Rule 73.02(B)(2)(e) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

**TO THE CLERK OF COURT**:

The Clerk of Court is directed not to issue the summons or forward this matter to the United States Marshal for service of process at this time.

**TO PLAINTIFF**:

Plaintiff must place the civil action number listed above (C/A No.: 3:15-547-MGL-SVH) on any document provided to the court pursuant to this order. Any future filings in this case must be sent to: United States District Court, 901 Richland Street, Columbia, SC 29201. All documents requiring Plaintiff's signature shall be signed with Plaintiff's full legal name written in Plaintiff's own handwriting. Pro se litigants shall not use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, Plaintiff is directed to use letter-sized (eight and one-half inches by eleven inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. Plaintiff is further instructed not

to write to the edge of the paper, but to maintain one inch margins on the top, bottom, and sides of each paper submitted.

Plaintiff is a pro se litigant. Plaintiff's attention is directed to the following important notice:

You are ordered to always keep the Clerk of Court advised in writing if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to meet a deadline set by this court, your case may be dismissed for violating this order. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

IT IS SO ORDERED.

*Shiva V. Hodges*

March 30, 2015                              Shiva V. Hodges
Columbia, South Carolina              United States Magistrate Judge

*Plaintiff's attention is directed to the important warning on the next page.*

**IMPORTANT INFORMATION....PLEASE READ CAREFULLY**

**WARNING TO PRO SE PARTY OR NONPARTY FILERS**

ALL DOCUMENTS THAT YOU FILE WITH THE COURT WILL BE AVAILABLE TO THE PUBLIC ON THE INTERNET THROUGH PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS) AND THE COURT'S ELECTRONIC CASE FILING SYSTEM.  **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court.  Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing.  Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court.  If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing.  A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):
    **(a) Social Security and Taxpayer identification numbers.**  If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
    **(b) Names of Minor Children.**  If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
    **(c) Dates of Birth.**  If an individual's date of birth must be included in a document, the filer may include only the year of birth.
    **(d) Financial Account Numbers.**  If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information  –  such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d)(filings made under seal) and (e) (protective orders).