IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Regina M. Hunter, | ) | |
|     Plaintiff, | ) | C/A No.: 3:15-547-MGL |
| | ) | |
| vs. | ) | |
| | ) | |
| The Honorable Nikki R. Haley, Governor, State of South Carolina Government; Mr. Gary A. Mixon, Administrator, Sumter County South Carolina Government; Mrs. Naomi D. Sanders, Chairman D-1, Sumter County South Carolina Government; Mr. Larry Blanding, Former Chair, Sumter County South Carolina Government; Mr. Artie Baker, Council Member D-2, Sumter County South Carolina Government; Mr. James R. Byrd, Jr., Council Member D-3, Sumter County South Carolina Government; Mr. Charles T. Eden, Council Member D-4, Sumter County South Carolina Government; Mrs. Vivian Fleming-McGhaney, Council Mbr D-5, Sumter County South Carolina Government; Mr. James T. McCain, Jr., Council Member D-6, Sumter County South Carolina Government; Mr. Eugene Baten, Council Member D-7, Sumter County South Carolina Government; The Honorable Jean Hoefer Toal, Chief Justice, South Carolina Judicial Dept (SCJD), Supreme Court; The Honorable Costa M. Pleicones, Justice, South Carolina Judicial Dept (SCJD), Supreme Court; The Honorable Donald W. Beatty, Justice, South Carolina Judicial Dept (SCJD), Supreme Court; The Honorable John W. Kittredge, Justice, South Carolina Judicial Dept (SCJD), Supreme Court; The Honorable Kaye G. Hearn, Justice, South Carolina Judicial Dept (SCJD), Supreme Court; Mrs. Rosalyn Frierson, Director, Court Admin., South Carolina Judicial Dept. (SCJD), Supreme Court; The Honorable John C. Few, Cheif Judge, South Carolina Court of Appeals (SCJD); The Honorable Thomas E. Huff, Judge, South Carolina Court of Appeals (SCJD); The Honorable Paul E. Short, Jr., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

Judge, South Carolina Court of Appeals )
(SCJD); The Honorable H. Bruce Williams, )
Judge, South Carolina Court of Appeals )
(SCJD); The Honorable Paula H. Thomas, )
Judge, South Carolina Court of Appeals )
(SCJD); The Honorable Aphrodite K. )
Konduros, Judge, South Carolina Court of )
Appeals (SCJD); The Honorable John D. )
Geathers, Judge, South Carolina Court of )
Appeals (SCJD); The Honorable James E. )
Lockemy, Judge, South Carolina Court of )
Appeals (SCJD); The Honorable Stephanie P. )
McDonald, Judge, South Carolina Court of )
Appeals (SCJD); The Honorable Jasper )
Cureton, Associate Judge, South Carolina Court )
of Appeals (SCJD); The Hon. R. Ferrell )
Cothran, 3rd Circuit Judge, Sumter County )
Court of Common Pleas (SCJD); The Hon. )
George C. Campbell, 3rd Circuit Judge, Sumter )
County Court of Common Pleas (SCJD); The )
Hon. W. Jeffrey Young, 3rd Circuit Judge, )
Sumter County Court of Common Pleas )
(SCJD); The Hon. James C. Campbell, Clerk of )
Court, Sumter(SCJD); The Honorable Donna )
Griffin, Deputy Clerk, Sumter County Court of )
Common Pleas (SCJD); Mrs. Sherry Yow, )
Clerk-Common Pleas, Sumter County Court of )
Common Pleas (SCJD); Mrs. Barbara Sharper, )
Clerk-Common Pleas, Sumter County Court of )
Common Pleas (SCJD); Mr. Joseph Bradley, Sr.)
Court Bailiff, Sumter County Court of Common )
Pleas (SCJD); John Doe 01, Court Bailiff )
Jan 8, 2013, Sumter County Court of Common )
Pleas (SCJD); John Doe 02, Court Bailiff )
Feb 5, 2013, Sumter County Court of Common )
Pleas (SCJD); John Doe 03, Court Bailiff, )
Feb 5, 2013, Sumter County Court of Common )
Pleas (SCJD); John Doe 04, Court Bailiff )
June 17, 2013, Sumter County Court of )
Common Pleas (SCJD); The Honorable Kristi )
G. Curtis, Chief Magistrate, Sumter County )
Summary Court (SCJD); The Honorable Dale )
W. Atkinson, Probate Judge, Sumter County )
Probate Court (SCJD); The Honorable Betty )
Brown, Associate Judge, Sumter County )
Probate Court (SCJD); The Honorable Theresa )

Duggan, Associate Judge, Sumter County )
Probate Court (SCJD); Mrs. Yvonne Choice, )
Clerk, Sumter County Probate Court (SCJD); )
Mrs. Joy King, Clerk, Sumter County Probate )
Court (SCJD); Mr. Anthony Dennis, Sheriff, )
Sumter County Sheriff's Office (SCSO); Mr. )
Terrance Colclough, Captain, Sumter County )
Sheriff's Office (SCSO); Mr. Kevin Lindsey, )
Lieutenant or Sergeant, Sumter County Sheriff's )
Office (SCSO); Mr. Symeon Graham, Senior )
Deputy, Sumter County Sheriff's Office )
(SCSO); Mr. Steven Rulong, Deputy Sheriff, )
Sumter County Sheriff's Office (SCSO); John )
Doe 01, Deputy Sheriff, Sumter County )
Sheriff's Office (SCSO); John Doe 02, Deputy )
Sheriff, Sumter County Sheriff's Office (SCSO);)
John Doe 03, Deputy Sheriff, Sumter County )
Sheriff's Office (SCSO); John Doe 04, Deputy )
Sheriff, Sumter County Sheriff's Office (SCSO);)
John Doe 05, Deputy Sheriff, Sumter County )
Sheriff's Office (SCSO); John Doe 06, Deputy )
Sheriff, Sumter County Sheriff's Office (SCSO);)
John Doe 07, Deputy Sheriff, Sumter County )
Sheriff's Office (SCSO); John Doe 08, Deputy )
Sheriff, Sumter County Sheriff's Office (SCSO);)
John Doe 09, Deputy Sheriff, Sumter County )
Sheriff's Office (SCSO); Mr. Raymond Buxton, )
Commissioner, South Carolina Human Affairs )
Commission; Mrs. Cheryl Ludlam, 1st Cong )
District, South Carolina Human Affairs )
Commission; Mrs. Ashley Case, 3rd Cong )
District, South Carolina Human Affairs )
Commission; Mr. Willie Thompson, 4th Cong )
District, South Carolina Human Affairs )
Commission; Mr. Harold Jean Brown, 7th Cong)
District, South Carolina Human Affairs )
Commission; Mr. Kenneth Willingham, )
At-Large Member, South Carolina Human )
Affairs Commission; Mr. Joseph Fragale, )
At-Large Member, South Carolina Human )
Affairs Commission; Mrs. Alison Y Evans, )
Psy.D. Chair, South Carolina Dept of Mental )
Health Commission; Mrs. Beverly F. Cardwell, )
Member, South Carolina Dept of Mental Health )
Commission; Mr. Jane B. Jones, Member, South)
Carolina Dept of Mental Health Commission;   )

Mrs. Joan Moore, Member, South Carolina )
Dept of Mental Health Commission; Mr. )
Everard Rutledge, PH.D. Member, South )
Carolina Dept of Mental Health Commission; )
Mr. James B. Terry, Member, South Carolina )
Dept of Mental Health Commission; Mrs. )
Sharon L. Wilson, FACHE CEAP Member, )
South Carolina Dept of Mental Health )
Commission; Mr. John H. Magill, Director, )
South Carolina Department of Mental Health; )
Mr. Mark Binkley, Deputy Director Admin )
Svcs, South Carolina Department of Mental )
Health; Mrs. Rochelle Caton, Director Client )
Advocacy, South Carolina Department of )
Mental Health; Mr. Richard B. Guess, MEd. )
Executive Director, Santee-Wateree Community )
Mental Health Center; Mrs. Marian Dehlinger, )
MD Medical Director, Santee-Wateree )
Community Mental Health Center; Mr. Lynn )
Melton, Elder Service Program Dir, Santee- )
Wateree Community Mental Health Center; )
Mrs. Lanalle Darden, CAF Director, Santee- )
Wateree Community Mental Health Center; )
Mr. Jeemy Grate-Pearson, M.Ed., Santee- )
Wateree Community Mental Health Center; )
Jane Doe-1, T. Miller, Santee-Wateree )
Community Mental Health Center; Mr. Michael )
J. Schwartz, President & CEO, Tuomey )
Healthcare System; Mr. James Balvich, MD, )
Tuomey Healthcare System; Mr. Michael )
Hanna, PA-C, Tuomey Healthcare System; Mrs. )
Billie Vanburen, RN, Tuomey Healthcare )
System; Brenda Holmes, RN, Tuomey )
Healthcare System; Cheryl Madarang, RN, )
Tuomey Healthcare System; Monica A. Fortin, )
Interface ED, Tuomey Healthcare System; )
Robin Beaufort, Tuomey Healthcare System; )
Jane Doe 1, PAMAF Admissions Clerk, )
Tuomey Healthcare System; Jane Doe 2, )
Security Guard, Tuomey Healthcare System; )
Mr. John Edwards, Former Chair, South )
Carolina Dept of Transportation Commission; )
Mr. Jim Rozier, Chairman 1st Cong District, )
South Carolina Dept of Transportation )
Commission; Mr. Harrison Rearden, Former )
Member, South Carolina Dept of Transportation )

| | |
|---|---|
| Commission; Mr. Samuel Glover, 6th Cong | ) |
| District, South Carolina Dept of Transportation | ) |
| Commission; Mrs. Janet P. Oakley, SCDOT | ) |
| Secretary, South Carolina Dept of | ) |
| Transportation Commission; Mr. Leroy Smith, | ) |
| Director SCDPS, South Carolina Department | ) |
| of Public Safety; Mr. Zackary Wise, Chief of | ) |
| Police BPS, South Carolina Department of | ) |
| Public Safety; Corporal Griffin, BPS Officer, | ) |
| South Carolina Department of Public Safety | ) |
| Defendants. | ) |
| | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Regina M. Hunter, shall take nothing of the defendants from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

*ROBIN L. BLUME, CLERK OF COURT*
  s/M. Walker
*Signature of Clerk or Deputy Clerk*

Date: April 23, 2015